# EXHIBIT 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-178**
**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Blush Glitter Glam Stripes #3

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** May 31, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** July 02, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-847**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Agate Glitter Glam #16

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 20, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-841**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Liquid Marble Agate Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 18, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-502-830**

**Effective Date of Registration:**
May 19, 2026

**Registration Decision Date:**
May 20, 2026

## Copyright Registration for a Group of Two-Dimensional Artwork

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For 2D Artwork Published:** April 26, 2019 to June 10, 2019

### Title

**Title of Group:** Anita's and Bella's Art - 2019 Tropical Abstract Collection
**Number of 2D Artworks in Group:** 6

- **2D Artwork Title:** Summer Flamingo Palm Night Vibes #1
  **Published:** April 2019
- **2D Artwork Title:** Gold Gray Palm Leaves Dream #1
  **Published:** May 2019
- **2D Artwork Title:** Undefined Abstract #2
  **Published:** May 2019
- **2D Artwork Title:** Monstera Summer Glam #2
  **Published:** May 2019
- **2D Artwork Title:** Tropical Green Palm Leaf #1
  **Published:** June 2019
- **2D Artwork Title:** Tropical Jungle Night Leaves Pattern #5
  **Published:** June 2019

### Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** April 26, 2019
**Latest Publication Date in Group:** June 10, 2019
**Nation of First Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** Two-Dimensional Artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** May 19, 2026
**Applicant's Tracking Number:** GJJ2026051901

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of two-dimensional artwork may be registered in Class VA under 202.4 if the following requirements have been met: (1) Each work must be a two-dimensional artwork, (2) the group may include up to 20 works, (3) all the works must be published within the same calendar year, and the application must identify the earliest and most recent publication date, (4) a title must be provided for each work and for the group as a whole, (5) all the works must be created by the same author and the group may not include works created by more than one author, (6) the author must be named as the copyright claimant for each work, and (7) the authorship claimed in each work must be limited to "two-dimensional artwork."



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-926**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Dark Night Purple Black Silver Glitter #1

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** December 09, 2017
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-918**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Dark Violet Marble Agate Gold Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 13, 2021
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-912**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Liquid Malachite Glitter Dream #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 08, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-851**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Dark Green Black Marble Agate Silver Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 27, 2022
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-850**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Olive Green Marble Agate Gold Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** April 12, 2021
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-455-179**
**Effective Date of Registration:**
July 02, 2025
**Registration Decision Date:**
July 31, 2025

## Title

**Title of Work:** Retro Spring Daisies #3

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** August 17, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** July 02, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-928**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Sparkling Gold Brown Glitter Glam #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** April 07, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-404-323**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** Sparkling UNICORN Girls Glitter Heart #1

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** August 20, 2018
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-848**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Yin Yang Agate Glitter Glam #8

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 22, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-842**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Emerald Green Black Gold Marble #1

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** April 22, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-404-305**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** Black & Teal Ink Waves with Gold #1

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 08, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**VA 2-455-444**

**Effective Date of Registration:**
July 02, 2025

**Registration Decision Date:**
August 01, 2025

## Title

**Title of Work:** Gold Gray Palm Leaves Dream - Cali Summer Vibes #1

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** January 10, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** July 02, 2025



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-405-854**

**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 30, 2024

## Title

**Title of Work:** Liquid Marble Agate Glitter Glam #9

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** July 11, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**
**VA 2-502-830**
**Effective Date of Registration:**
May 19, 2026
**Registration Decision Date:**
May 20, 2026

## Copyright Registration for a Group of Two-Dimensional Artwork

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For 2D Artwork Published:** April 26, 2019 to June 10, 2019

### Title

**Title of Group:** Anita's and Bella's Art - 2019 Tropical Abstract Collection
**Number of 2D Artworks in Group:** 6

- **2D Artwork Title:** Summer Flamingo Palm Night Vibes #1
  **Published:** April 2019
- **2D Artwork Title:** Gold Gray Palm Leaves Dream #1
  **Published:** May 2019
- **2D Artwork Title:** Undefined Abstract #2
  **Published:** May 2019
- **2D Artwork Title:** Monstera Summer Glam #2
  **Published:** May 2019
- **2D Artwork Title:** Tropical Green Palm Leaf #1
  **Published:** June 2019
- **2D Artwork Title:** Tropical Jungle Night Leaves Pattern #5
  **Published:** June 2019

### Completion/Publication

**Year of Completion:** 2019
**Earliest Publication Date in Group:** April 26, 2019
**Latest Publication Date in Group:** June 10, 2019
**Nation of First Publication:** United States

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** Two-Dimensional Artwork
  **Work made for hire:** Yes
  **Citizen of:** Germany

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR, Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** May 19, 2026
**Applicant's Tracking Number:** GJJ2026051901

---

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: A group of two-dimensional artwork may be registered in Class VA under 202.4 if the following requirements have been met: (1) Each work must be a two-dimensional artwork, (2) the group may include up to 20 works, (3) all the works must be published within the same calendar year, and the application must identify the earliest and most recent publication date, (4) a title must be provided for each work and for the group as a whole, (5) all the works must be created by the same author and the group may not include works created by more than one author, (6) the author must be named as the copyright claimant for each work, and (7) the authorship claimed in each work must be limited to "two-dimensional artwork."



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-404-368**

**Effective Date of Registration:**
April 19, 2024

**Registration Decision Date:**
July 19, 2024

## Title

**Title of Work:** Tropical Jungle Leaves Pattern #13 (Fall Colors)

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 20, 2019
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-405-934**
**Effective Date of Registration:**
April 19, 2024
**Registration Decision Date:**
July 31, 2024

## Title

**Title of Work:** Tropical Watermelon Glitter #5

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** June 30, 2020
**Nation of 1st Publication:** Germany

## Author

- **Author:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes

## Copyright Claimant

**Copyright Claimant:** Jantz & Jantz GbR, dba Anita's & Bella's Art/Artwork
Jantz & Jantz GbR, Implerstr. 29, Munich, 81371, Germany

## Rights and Permissions

**Organization Name:** Jantz & Jantz GbR, d.b.a. Anita's & Bella's Art/Artwork
**Email:** anitasbellasart@gmail.com
**Address:** Jantz & Jantz GbR
Implerstr. 29
Munich 81371 Germany

## Certification

**Name:** David Denholm
**Date:** April 19, 2024

